## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

DENNIS BROPHY,
      Plaintiff,

      vs.

SYNCHRONY BANK D/B/A AMAZON.COM
STORE CARD and TRANS UNION, LLC,
      Defendants.

CASE NO.  7:20-cv-10502

**TRANS UNION, LLC'S NOTICE OF
REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Supreme Court of the State of New York, County of Orange, to the United States District Court for the Southern District of New York on the following grounds:

1.      Plaintiff Dennis Brophy served Trans Union on or about December 7, 2020 with a Summons and Complaint filed in the Supreme Court of the State of New York, County of Orange. Copies of the Summons and Complaint are attached hereto, redacted pursuant to Federal Rule of Civil Procedure 5.2, as **Exhibit A** and **Exhibit B**, respectively.

2.      Plaintiff makes claims under, alleges that Defendant violated and alleges that Defendant is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint ¶¶ 1, 24-34.

3.      This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 as there is a federal question.  As alleged, this suit falls within the FCRA, which thus supplies this federal question.

4.      Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Supreme Court of the State of New York, County of Orange, to the United States District Court for the Southern District of New York.

5.      Counsel for Trans Union has confirmed through the Supreme Court of the State of New York, County of Orange's online docket that it has no document or file suggesting any other Defendant has been served.  To the best of Trans Union's knowledge, no other named Defendant in this matter has been served as of the date and time of this Notice Of Removal.

6.      Notice of this removal will promptly be filed with the Supreme Court of the State of New York, County of Orange, and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Supreme Court of the State of New York, County of Orange, to this United States District Court, Southern District of New York.

Date: December 11, 2020                    Respectfully submitted,


                                           /s/ Camille R. Nicodemus
                                           Camille R. Nicodemus, Esq.  (NY# 2807451)
                                           Schuckit & Associates, P.C.
                                           4545 Northwestern Drive
                                           Zionsville, IN, 46077
                                           Telephone:  (317) 363-2400
                                           Fax:  (317) 363-2257
                                           E-Mail:  cnicodemus@schuckitlaw.com

                                           *Counsel for Defendant Trans Union LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing has been filed electronically on the **11th day of December, 2020**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **11th day of December, 2020**, properly addressed as follows:

| **for Plaintiff Dennis Brophy**<br>Kenny G. Oh, Esq.<br>The Law Offices of Robert S. Gitmeid &<br>Assoc., PLLC<br>30 Wall Street, 8th Floor #741<br>New York, NY, 10005<br>Kenny.O@gitmeidlaw.com | |
|---|---|

/s/ Camille R. Nicodemus
Camille R. Nicodemus, Esq.  (NY# 2807451)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN, 46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union LLC*