**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Dennis Brophy,

                        Plaintiff,

v.

Synchrony Bank d/b/a Amazon.com Store Card
and Trans Union, LLC,

                        Defendants.

Civil Action No. 7:20cv10502

## [PROPOSED] ORDER ~~GRANTING JOINT STIPULATION~~ OF DISMISSAL WITHOUT PREJUDICE AS TO SYNCHRONY BANK

       Plaintiff Dennis Brophy, by counsel, and Defendant Synchrony Bank (misidentified as 'Synchrony Bank d/b/a Amazon.com Store Card'), by counsel, having filed their Joint Stipulation Of Dismissal Without Prejudice As to Synchrony Bank, AND THE COURT, having been duly advised~~, NOW FINDS that the same should be granted.~~

       IT IS, THEREFORE, ORDERED that all claims of Plaintiff Dennis Brophy against Defendant Synchrony Bank are dismissed, without prejudice. Plaintiff Dennis Brophy and Synchrony Bank shall each bear their own costs and attorneys' fees.

Date: January 26, 2021

       White Plains, NY

Vincent L. Briccetti
United States District Judge